# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Daniel Jerome Mazyck, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 4:13-1619-RMG |
| ) | |
| vs. ) | |
| ) | |
| Carolyn W. Colvin, Acting Commissioner ) | **ORDER** |
| of Social Security, ) | |
| ) | |
| _____ ) | |

Plaintiff has brought this action pursuant to 42 U.S.C. § 405(g) and 1383(c)(3) seeking judicial review of the final decision of the Commissioner of Social Security denying his claim for Supplemental Security Income ("SSI") and Disability Insurance Benefits ("DIB"). In accord with 28 U.S.C. § 636(b) and Local Civil Rule 73.02 DSC, this matter was referred to the United States Magistrate Judge for pre-trial handling. The Magistrate Judge issued a Report and Recommendation ("R &R") on November 14, 2014 recommending that the decision of the Commissioner be reversed and remanded to the agency because of a failure to consider all of Plaintiff's relevant medical records in determining whether Plaintiff met the requirements of the 12.03(B) Listing for schizophrenia and to address the relevant standards and evidence in regard to the 12.03(C) Listing. (Dkt. No. 26 at 15-19). The Commissioner promptly responded to the R & R by advising the Court she did not intend to file objections. (Dkt. No. 28).

Having reviewed the R & R and the relevant factual and legal issues involved in this matter, the Court finds that the Magistrate Judge ably addressed the critical issues on appeal and appropriately recommended reversal of the Commissioner's decision and remand of the matter to

the agency for further action. Therefore, the Court adopts the R & R in this matter (Dkt. No. 26) as the order of the Court. The decision of the Commissioner is **REVERSED** pursuant to 42 U.S.C. § 405(g) and **REMANDED** to the agency for further action consistent with this order.

AND IT IS SO ORDERED.

_____
Richard Mark Gergel
United States District Judge

November 18, 2014
Charleston, South Carolina